IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| Cory Shannon Marquis<br><br>              Plaintiff,<br>vs.<br><br>JOHN UECKER, in his official capacity as a Resident Agent for the U.S. Department of Agriculture, Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division; AGRICULTURAL MARKETING SERVICE, FAIR TRADE PRACTICES PROGRAM, PACKERS AND STOCKYARDS DIVISION, an agency within the U.S. Department of Agriculture; and U.S. DEPARTMENT OF AGRICULTURE, a federal agency.<br><br>              Defendants. | CV 23-15-BLG-SPW<br><br>ORDER DISMISSING WITH PREJUDICE |

A show cause hearing was held in this Court on February 28, 2025. Mark Smith appeared on behalf of the U.S. Government. Plaintiff, Cory Shannon Marquis did not appear. Details of the timeline of this case are as follows:

1

1. February 13, 2023:  Complaint filed (Doc. 1);

2. February 5, 2024: This Court granted Uecker's Motion to Dismiss with Leave to Amend (Doc. 25);

3. August 12, 2024: This Court ordered Plaintiff to file a status report because he hadn't filed an amended complaint (Doc. 26);

4. August 30, 2024:  Plaintiff's Attorneys filed a status report indicating that Plaintiff was in the process of obtaining new counsel. Plaintiff requested thirty (30) days to obtain new counsel (Doc. 27);

5. September 3, 2024:  This Court gave Plaintiff thirty (30) days (until October 3, 2024) to obtain new counsel and file a notice of appearance (Doc. 28);

6. October 2, 2024:  This Court allowed Plaintiff's prior counsel to withdraw (Doc. 30);

7. October 22, 2024:  This Court gave Plaintiff until November 12, 2024 to file a status report re: obtaining new counsel and filing an amended complaint (Doc. 31);

8. January 9, 2025:  This Court ordered a show cause hearing as to why the case should not be dismissed for failure to prosecute – Fed. R. Civ. P. 41(b) (Doc. 32);

9. February 28, 2025:  Plaintiff failed to appear at the show cause hearing.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 28th day of February, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge